UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

-----------------------------------------------------------------x

APARTMENT OWNERS ADVISORY                        :
COUNCIL ("AOAC"), COOPERATIVE AND                :
CONDOMINIUM ADVISORY COUNCIL                     :
("CCAC"), 35 CLINTON PLACE LLC,                  :
GRASSY SPRAIN OWNERS CORP., DILARE,              :
INC., THE CRAFT BUILDING                         :
DEVELOPMENT FUND CORP., SEVEN PINE               :
ASSOCIATES, L.P., and 512 NSSKE LLC,             :
               Plaintiffs,              :

**ORDER**

21 CV 10175 (VB)

v.                                               :
                                  :

LAWRENCE K. MARKS, as Chief                      :
Administrative Judge of the Courts of the State of :
New York,                                        :
               Defendant.              ::

-----------------------------------------------------------------x

     As discussed at a conference held on the record today, at which counsel for all parties

appeared, it is HEREBY ORDERED:

     1.     For the reasons stated on the record, the motion for preliminary injunction (Doc.

#26) is DENIED.

     2.     By **January 27, 2022**, plaintiffs shall inform defendant and the Court whether

they intend to amend their complaint.

     3.     By **February 17, 2022**, defendant shall answer, move, or otherwise respond to the

operative pleading.

Dated: January 13, 2022
       White Plains, NY

                               SO ORDERED:

                               _____
                               Vincent L. Briccetti
                               United States District Judge