**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
APARTMENT OWNERS ADVISORY COUNCIL;
COOPERATIVE AND CONDOMINIUM
ADVISORY COUNCIL; 35 CLINTON PLACE
LLC; GRASSY SPRAIN OWNERS CORP.;
DILARE, INC.; THE CRAFT BUILDING
DEVELOPMENT FUND CORP.; SEVEN PINES
ASSOCIATES, L.P.; and 512 NSSKE LLC,

21 **CIVIL** 10175 (VB)

**JUDGMENT**

Plaintiff,

-against-

LAWRENCE K. MARKS, as Chief Administrative
Judge of the Courts of the State of New York,

Defendant,
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2022, defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

     September 20, 2022

**RUBY J. KRAJICK**

Clerk of Court

**BY:**

Deputy Clerk